OKLAHOMA STATE COURTS NETWORK

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>CANADIAN COUNTY</u>, OKLAHOMA

| | |
|---|---|
| KRISTINA CRIST,<br>    Plaintiff,<br>v.<br><br>CANADIAN COUNTY EX REL BOARD OF COUNTY COMMISSIONERS<br><br>ROY CHRIS WEST AKA CHRIS WEST, INDIVIDUALLY AND IN HIS CAPACITY AS THE SHERIFF OF CANADIAN COUNTY<br><br>WESLEY WAYNE HUNTER INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF'S DEPUTY OF CANADIAN COUNTY<br>    Defendants. | No. CJ-2025-350<br>(Civil relief more than $10,000: NEGLIGENCE (GENERAL))<br><br>Filed: 04/18/2025<br><br>Judge: Strubhar, Khristan K. |

# PARTIES

CANADIAN COUNTY, Defendant
CRIST, KRISTINA, Plaintiff
HUNTER, WESLEY WAYNE JR, Defendant
WEST, ROY CHRIS, Defendant

# ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| BUSSETT, RACHEL L (Bar #19769)<br>PO BOX 851804<br>YUKON, OK 73099 | CRIST, KRISTINA |

# EVENTS

None

**Exhibit 1**

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

Issue # 1.  Issue: NEGLIGENCE (GENERAL) (NEGL)
Filed By: CRIST, KRISTINA
Filed Date: 04/18/2025

| Party Name | Disposition Information |
|---|---|
| **Defendant:** CANADIAN COUNTY | |
| **Defendant:** HUNTER, WESLEY WAYNE JR | |
| **Defendant:** WEST, ROY CHRIS | |

# DOCKET

| Date | Code | Description | Party | Count | Amount |
|---|---|---|---|---|---|
| 04-18-2025 | [ TEXT ] | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. PETITION FILED  Document Available (#1061651811) 📄TIFF 📄PDF | CRIST, KRISTINA | #1 | |
| 04-18-2025 | [ NEGL ] | NEGLIGENCE (GENERAL) | | | |
| 04-18-2025 | [ DMFE ] | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 04-18-2025 | [ PFE1 ] | PETITION | | | $ 163.00 |
| 04-18-2025 | [ PFE7 ] | LAW LIBRARY FEE | | | $ 6.00 |
| 04-18-2025 | [ OCISR ] | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 04-18-2025 | [ OCJC ] | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 04-18-2025 | [ OCASA ] | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 04-18-2025 | [ SSFCHSCPC ] | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 04-18-2025 | [ CCADMINCSF ] | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 04-18-2025 | [ CCADMIN0155 ] | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |

**Exhibit 1**

| Date | Code | Description | Amount |
|---|---|---|---|
| 04-18-2025 | [ SJFIS ] | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | $ 0.45 |
| 04-18-2025 | [ DCADMIN155 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | $ 0.23 |
| 04-18-2025 | [ DCADMIN05 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | $ 0.75 |
| 04-18-2025 | [ DCADMINCSF ] | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | |
| 04-18-2025 | [ CCRMPF ] | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | $ 10.00 |
| 04-18-2025 | [ CCADMIN04 ] | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | $ 0.50 |
| 04-18-2025 | [ LTF ] | LENGTHY TRIAL FUND | $ 10.00 |
| 04-18-2025 | [ SMIP ] | SUMMONS ISSUED FOR SERVICE  Document Available (#1061651855) TIFF  PDF | $ 30.00 |
| 04-18-2025 | [ SMIP ] | SUMMONS ISSUED FOR SERVICE  Document Available (#1061651831) TIFF  PDF | |
| 04-18-2025 | [ SMIP ] | SUMMONS ISSUED FOR SERVICE  Document Available (#1061651863) TIFF  PDF | |
| 04-18-2025 | [ EAA ] | ENTRY OF APPEARANCE FILED  Document Available (#1061651835) TIFF  PDF | CRIST, KRISTINA |
| 04-18-2025 | [ TEXT ] | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE STRUBHAR, KHRISTAN K. TO THIS CASE. | |
| 04-18-2025 | [ ADJUST ] | ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION | $ 6.50 |

**Exhibit 1**

**04-18-2025  [ ACCOUNT ]**

ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:
CJ-2025-350: AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE -$0.25
CJ-2025-350: AC81 LENGTHY TRIAL FUND -$0.25
CJ-2025-350: AC79 OCIS REVOLVING FUND -$0.63
CJ-2025-350: AC67 DISTRICT COURT REVOLVING FUND -$0.03
CJ-2025-350: AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS -$0.02
CJ-2025-350: AC64 DISPUTE MEDIATION FEES CIVIL ONLY -$0.18
CJ-2025-350: AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND -$0.04
CJ-2025-350: AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES -$0.13
CJ-2025-350: AC31 COURT CLERK REVOLVING FUND -$0.02
CJ-2025-350: AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL -$0.15
CJ-2025-350: AC01 CLERK FEES -$4.80

**04-18-2025  [ ACCOUNT ]**

RECEIPT # 2025-808867 ON 04/18/2025.
PAYOR: BUSSETT-SIMC/RACHEL TOTAL AMOUNT PAID: $ 259.64.
LINE ITEMS:
CJ-2025-350: $188.20 ON AC01 CLERK FEES.
CJ-2025-350: $6.50 ON AC09 CARD ALLOCATIONS.
CJ-2025-350: $5.85 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2025-350: $0.64 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2025-350: $4.87 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2025-350: $1.51 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2025-350: $6.82 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2025-350: $0.43 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2025-350: $0.95 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2025-350: $24.37 ON AC79 OCIS REVOLVING FUND.
CJ-2025-350: $9.75 ON AC81 LENGTHY TRIAL FUND.
CJ-2025-350: $9.75 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

**06-03-2025  [ NO ]**

NOTICE
Document Available (#1062155121)  TIFF    PDF

**10-13-2025  [ MO ]**                                                                                              CRIST, KRISTINA

MOTION TO EXTEND TIME FOR SERVICE OF PROCESS FILED
Document Available (#1063525846)  TIFF    PDF

**10-13-2025  [ O ]**                                                                                               CRIST, KRISTINA

ORDER ON MOTION TO EXTEND TIME FOR SERVICE OF PROCESS FILED
Document Available (#1063525858)  TIFF    PDF

**11-10-2025  [ AMP ]**                                                                                             CRIST, KRISTINA

AMENDED PETITION FILED
Document Available at Court Clerk's Office

**11-12-2025  [ SMIP ]**                                                                                            $ 10.00

SUMMONS ISSUED FOR SERVICE
Document Available (#1063498658)  TIFF    PDF

**Exhibit 1**

**11-12-2025  [ ACCOUNT ]**

RECEIPT # 2025-828856 ON 11/12/2025.
PAYOR: BUSSETT LEGAL GROUP PLLC TOTAL AMOUNT PAID: $ 10.00.
LINE ITEMS:
CJ-2025-350: $10.00 ON AC01 CLERK FEES.

**Exhibit 1**